Argued and submitted January 31, reversed and remanded February 26, reconsideration denied May 27, petition for review pending 1992

## STATE OF OREGON,
*Appellant,*

*v.*

## DAVID MICHAEL BURSOTT,
*Respondent.*

(C 91-02-30656; CA A70492)

827 P2d 195

Harrison Latto, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM